# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER: 7 |
| STREAMLINE PRODUCTION GROUP, LLC, | CASE NO.: 3:23-bk-02638 |
|   Debtor. | JUDGE: Walker |
| EVA M. LEMEH, TRUSTEE, | ADV. PROC. NO. 3:25-ap-90071 |
|   Plaintiff, | |
| v. | |
| NO NAME GROUP, LLC, | |
|   Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

Henry E. ("Ned") Hildebrand, IV, on behalf of the law firm of Dunham Hildebrand Payne Waldron, PLLC, hereby gives notice of appearance as counsel for Defendant No Name Group, LLC, and respectfully requests to be listed upon the mailing matrix in this adversary proceeding to receive all notices and mailings from the Bankruptcy Court at the address provided in the signature block below.

Respectfully submitted,

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, Tennessee 37027
615.933.5851
ned@dhnashville.com
*Counsel for No Name Group, LLC*