**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 7 |
| STREAMLINE PRODUCTION GROUP, LLC, | ) | CASE NO.: | 3:23-bk-02638 |
| | ) | JUDGE: | Walker |
| Debtor. | ) | | |
| | ) | | |
| EVA M. LEMEH, TRUSTEE, | ) | ADV. PROC. NO. | 3:25-ap-90071 |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| NO NAME GROUP, LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

Defendant No Name Group, LLC ("NNG") respectfully files this memorandum of law (the "Memorandum") in support of its pending *Motion to Dismiss Adversary Proceeding* (the "Motion"). In the Motion, NNG seeks dismissal with prejudice of this action—inclusive of all claims asserted in the *Amended Complaint* (Adv. Doc. No. 24) (the "Amended Complaint")—pursuant to Fed. R. Bankr. P. 7012(b)(6) and Fed. R. Civ. P. 12(b)(6). Plaintiff Eva M. Lemeh, Trustee (the "Trustee"), solely in her capacity as trustee for the bankruptcy estate of Debtor Streamline Production Group, LLC (the "Debtor"), has failed to state a claim for which relief may be granted. Accordingly, the Court should dismiss this action with prejudice.

In support, NNG relies on its contemporaneously filed *Memorandum of Law in Support of Motion to Dismiss Adversary Proceeding*.

Respectfully submitted,

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, Tennessee 37027
615.933.5851
ned@dhnashville.com
*Counsel for No Name Group, LLC*

## **CERTIFICATE OF SERVICE**

On December 5, 2025, the foregoing was served via CM/ECF on all parties consenting to electronic service in this case, and by U.S. Mail, postage prepaid to:

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
*Counsel to Eva M. Lemeh, Trustee*